1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NOVELTY TEXTILE, INC., | Case No.: CV15-05004-JAK-JPR |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| C & H ALLIANCE, LLC; *et al.*, | **JS-6** |
| Defendants. | |

## **JUDGMENT:**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment in the amount of $75,000 is hereby GRANTED and ENTERED against MANITO USA, a California Corporation, and in favor of NOVELTY TEXTILE, INC., together with interest in the amount prescribed by statute. Novelty Textile, Inc. is awarded $520 in costs, and $4,600 in attorney's fees, consistent with the schedule in Local Rule 55-3.

IT IS SO ORDERED.

Date: February 19, 2016        By: _____
                                    John A. Kronstadt
                                    U.S. District Court Judge